John J. Verber, CASB# 139917
Eric R. Haas, CASB# 073947
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants. | No. C 08-4845 EMC<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** ; ORDER<br><br>Date: January 28, 2009<br>Time: 1:30 p.m.<br>Courtroom: C [15th Floor]<br>Magistrate Judge Edward M. Chen |

Plaintiff and Counter Defendant STEVENSON PROPERTIES, Defendants, Counter Claimants, Cross Claimants and Cross-Defendants HYSL, INC. and YONG LEE, and Defendant, Cross Defendant and Counter Claimant HAK CHON LEE, jointly submit this Stipulation to Continue Initial Case Management Conference currently scheduled for January 28, 2009 for the reasons set forth below:

1. Defendants and Cross Defendants ENRIQUETA MENDOZA and ESTATE OF DAVID Z. MENDOZA have not been served with the Complaint and associated pleadings in this case. From November 6 through December 16, 2008, Plaintiff's process server attempted

1
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE     C 08-4845 EMC

1. service on Mrs. Mendoza at her residence in McAllen, Texas. The process server was informed by Mrs. Mendoza's grandson that she was hospitalized throughout that period of time. Plaintiff's process server. Plaintiff is informed and believes that ENRIQUETA MENDOZA is an elderly person and, based on her extended hospitalization, in poor health, does not desire to overly exacerbate her condition by attempting service in the hospital. Plaintiff has provided counsel for appearing Defendants with Mrs. Mendoza's address and, further, has requested its process server to obtain current information regarding Mrs. Mendoza's health status.

2. Despite investigation, Plaintiff and Defendants HYSL, Inc and Yong Lee are not aware of the location of Defendant Jeum Soon Lee who is Hak Lee's mother. Counsel for Hak Lee is inquiring of his counsel as to a current address for Jeum Soon Lee. Upon learning Jeum Soon Lee's address, service of process may be completed.

3. In order to allow time for service of process of these parties, Plaintiff and the appearing Defendants request a continuation of the Initial Case Management Conference.

4. Due to counsels' existing trial conflicts, counsel request that the Court continue

///
///
///

the Initial Case Management Conference until MARCH 25, 2009, or as soon thereafter as the Court's calendar will allow.

IT IS SO STIPULATED:

DATED: January 15, 2009        BURNHAM BROWN

By _____
JOHN J. VERBER
Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES

DATED: January ___, 2009        R. KINGSBURY LANE, INC.

By _____
ROBERT K. LANE
Attorneys for Defendants, Cross-Complainants, Counter-Claimants and Cross-Defendants HYSL, INC. and YONG LEE

DATED: January ___, 2009        ROBERTS & ELLIOTT, LLP

By _____
JAMES ROBERTS
Attorneys for Defendant, Cross-Complainant and Cross-Defendant HAK CHON LEE

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The date for the Initial Case Management Conference in this matter is continued from January 28, 2009 to _____ at 1:30 p.m. in this Court.

DATED: January ____, 2009

_____
Edward M. Chen, Magistrate Judge

912077

3
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE    C 08-4845 EMC

the Initial Case Management Conference until MARCH 25, 2009, or as soon thereafter as the Court's calendar will allow.

IT IS SO STIPULATED:

DATED: January ___, 2009         BURNHAM BROWN

By_____
JOHN J. VERBER
Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES

DATED: January 15, 2009          R. KINGSBURY LANE, INC.

By_____
ROBERT K. LANE
Attorneys for Defendants, Cross-Complainants,
Counter-Claimants and Cross-Defendants HYSL,
INC. and YONG LEE

DATED: January ___, 2009         ROBERTS & ELLIOTT, LLP

By_____
JAMES ROBERTS
Attorneys for Defendant, Cross-Complainant
and Cross- Defendant HAK CHON LEE

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The date for the Initial Case Management Conference in this matter is continued from January 28, 2009 to _____ at 1:30 p.m. in this Court.

DATED: January ___, 2009         _____
                                 Edward M. Chen, Magistrate Judge

912077

3
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE         C 08-4845 EMC

| | |
|---|---|
| the Initial Case Management Conference until MARCH 25, 2009, or as soon thereafter as the Court's calendar will allow. | |

IT IS SO STIPULATED:

DATED: January ___, 2009                    BURNHAM BROWN

By_____
JOHN J. VERBER
Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES

DATED: January ___, 2009                    R. KINGSBURY LANE, INC.

By_____
ROBERT K. LANE
Attorneys for Defendants, Cross-Complainants,
Counter-Claimants and Cross-Defendants
HYSL, INC. and YONG LEE

DATED: January /5/, 2009                    ROBERTS & ELLIOTT, LLP

By_____
JAMES ROBERTS
Attorneys for Defendant, Cross-Complainant and
Cross-Defendant HAK CHON LEE

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The date for the Initial Case Management Conference in this matter is continued from January 28, 2009 to __March 23, 2009__ at 1:30 p.m. in this Court.

DATED: January _21_, 2009                    _____
Edward M. Chen, Magistrate Judge

912077

3
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE                    C 08-4845 EMC