| | |
|---|---|
| 1 | John J. Verber, CASB# 139917 |
| | Eric R. Haas, CASB# 073947 |
| 2 | Jack W. Schwartz Jr., CASB #124506 |
| | BURNHAM BROWN |
| 3 | A Professional Law Corporation |
| | P.O. Box 119 |
| 4 | Oakland, California 94604 |
| | --- |
| 5 | 1901 Harrison Street, 11th Floor |
| | Oakland, California 94612 |
| 6 | Telephone: (510) 444-6800 |
| | Facsimile: (510) 835-6666 |
| 7 | Email: jverber@burnhambrown.com |
| 8 | Attorneys for Plaintiff and Counter-Defendant |
| | STEVENSON ENTERPRISES, a California general |
| 9 | partnership |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership | No. C 08-4845 EMC |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** ; ORDER |
| v. | Date: March 25, 2009 |
| ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE, | Time: 1:30 p.m. |
| | Courtroom: C [15th Floor] |
| | Magistrate Judge Edward M. Chen |
| Defendants. | |
| AND RELATED CROSS-CLAIMS AND COUNTER-CLAIM | |

Plaintiff and Counter Defendant STEVENSON PROPERTIES, Defendants, Counter Claimants, Cross Claimants and Cross-Defendants HYSL, INC. and YONG LEE, and Defendant, Cross Defendant and Counter Claimant HAK CHON LEE, jointly submit this Stipulation to Continue Initial Case Management Conference currently scheduled for March 25, 2009 for the reasons set forth below:

    1.    Defendants and Cross Defendants ENRIQUETA MENDOZA and ESTATE OF

1
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE    C 08-4845 EMC

DAVID Z. MENDOZA were served with the Complaint on February 10, 2009. They have not made an appearance and have not been served with the Hak Lee Cross-Claim or the HYSL, Inc./Youg Lee Cross-Claim.

2. Investigation continues as to the location of Defendant Jeum Soon Lee who Plaintiff is informed and believes is Hak Lee's mother. Counsel for Hak Lee is inquiring of his/her client. Upon learning Jeum Soon Lee's address, service of process may be completed.

3. In order to allow time for service of process of, and the filing of responses by these parties, Plaintiff and the appearing Defendants request a continuation of the Initial Case Management Conference.

4. Due to counsels' existing trial conflicts, counsel request that the Court continue the Initial Case Management Conference until JUNE 3, 2009, or as soon thereafter as the Court's calendar will allow.

IT IS SO STIPULATED:

DATED: March __, 2009         BURNHAM BROWN

                              By_____
                              JACK W. SCHWARTZ JR.
                              Attorneys for Plaintiff and Counter-Defendant
                              STEVENSON ENTERPRISES

DATED: March __, 2009         R. KINGSBURY LANE, INC.


                              By_____
                              ROBERT K. LANE
                              Attorneys for Defendants, Cross-Complainants,
                              Counter-Claimants and Cross-Defendants
                              HYSL, INC. and YONG LEE

DATED: March 18, 2009         ROBERTS & ELLIOTT, LLP

                              By_____
                              SHARMI SHAH
                              Attorneys for Defendant, Cross-Complainant and
                              Cross-Defendant HAK CHON LEE

1 DAVID Z. MENDOZA were served with the Complaint on February 10, 2009. They have not
2 made an appearance and have not been served with the Hak Lee Cross-Claim or the HYSL,
3 Inc./Youg Lee Cross-Claim.

4     2. Investigation continues as to the location of Defendant Jeum Soon Lee who
5 Plaintiff is informed and believes is Hak Lee's mother. Counsel for Hak Lee is inquiring of
6 his/her client. Upon learning Jeum Soon Lee's address, service of process may be completed.

7     3. In order to allow time for service of process of, and the filing of responses by
8 these parties, Plaintiff and the appearing Defendants request a continuation of the Initial Case
9 Management Conference.

10     4. Due to counsels' existing trial conflicts, counsel request that the Court continue
11 the Initial Case Management Conference until JUNE 3, 2009, or as soon thereafter as the
12 Court's calendar will allow.

13 IT IS SO STIPULATED:

DATED: March ___, 2009      BURNHAM BROWN

By_____
JACK W. SCHWARTZ JR.
Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES

DATED: March 18, 2009      R. KINGSBURY LANE, INC.

By_____
ROBERT K. LANE
Attorneys for Defendants, Cross-Complainants,
Counter-Claimants and Cross-Defendants
HYSL, INC. and YONG LEE

DATED: March ___, 2009      ROBERTS & ELLIOTT, LLP

By_____
SHARMI SHAH
Attorneys for Defendant, Cross-Complainant and
Cross-Defendant HAK CHON LEE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: |
| 3 | The date for the Initial Case Management Conference in this matter is continued from |
| 4 | March 25, 2009 to June 3, 2009 at 1:30 p.m. in this Court. Joint CMC statement due 5/27/09. |
| 5 | |
| 6 | DATED: March 20, 2009 |
| | _____ |
| | Edward M. Chen, Magistrate Judge |



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

927642