John J. Verber, CASB# 139917
Eric R. Haas, CASB# 073947
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general
partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIM | No. C 08-4845 EMC<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** ; ORDER<br><br>Date: September 30, 2009<br>Time: 1:30 p.m.<br>Courtroom: C [15th Floor]<br>Magistrate Judge Edward M. Chen |

Plaintiff and Counter Defendant STEVENSON PROPERTIES, Defendants, Counter Claimants, Cross Claimants and Cross-Defendants HYSL, INC. and YONG LEE, Defendant, Cross Defendants and Counter Claimants HAK CHON LEE and JEUM SOON LEE, and Defendants ENRIQUETA MENDOZA and the ESTATE OF DAVID Z. MENDOZA jointly submit this Stipulation to Continue Initial Case Management Conference currently scheduled for September 30, 2009 for the reasons set forth below:

1

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE      C 08-4845 EMC

1. All parties have now appeared in this action;
2. Discovery is being undertaken by the parties;
3. Plaintiff is continuing the process of obtaining government regulatory approval of a plan to remediate the contamination at the subject property;
4. Plaintiff understands that it should receive approval of a government agency approved Corrective Action Plan ("*CAP*") and be able to obtain bids to implement the CAP within the next ninety (90) days; and
5. An approved CAP and receipt of bids to implement the CAP is required before Plaintiff can preliminarily quantify its damages. An approved CAP and receipt of bids to implement the CAP will facilitate resolution of this matter.

Based thereon, the parties agree that the Case Management Conference currently

///
///
///

scheduled for September 30, 2009 should be continued for ninety (90) days.

IT IS SO STIPULATED:

DATED: September 2̸9̸, 2009          BURNHAM BROWN

By_____
JACK W. SCHWARTZ JR.
Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES

DATED: September ___, 2009          R. KINGSBURY LANE, INC.


By_____
ROBERT K. LANE
Attorneys for Defendants, Cross-Complainants,
Counter-Claimants and Cross-Defendants
HYSL, INC. and YONG LEE

DATED: September ___, 2009          ROBERTS & ELLIOTT, LLP


By_____
SHARMI SHAH
Attorneys for Defendant, Cross-Complainants
and Cross- Defendants HAK CHON LEE and
JEUM SOON LEE

DATED: September 28, 2009

_____
ANDRES MENDOZA, Representative for
ENRIQUTA MENDOZA and THE ESTATE OF
DAVID Z. MENDOZA

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The date for the Initial Case Management Conference in this matter is continued from September 30, 2009 to <u>February 24, 2010 at 2:30 p.m.</u> in this Court.

DATED: ~~9-28-~~_____, 2009          _____
Edward M. Chen, Magistrate Judge

1 | scheduled for September 30, 2009 should be continued for ninety (90) days.

2 | IT IS SO STIPULATED:

3 | DATED: September ___, 2009    BURNHAM BROWN

5 | By_____
6 | JACK W. SCHWARTZ, JR.
   | Attorneys for Plaintiff and Counter-Defendant
7 | STEVENSON ENTERPRISES

8 | DATED: September 29, 2009    R. KINGSBURY LANE, INC.

10 | By_____
    | ROBERT K. LANE
11 | Attorneys for Defendants, Cross-Complainants,
    | Counter-Claimants and Cross-Defendants
12 | HYSL, INC. and YONG LEE

13 | DATED: September 28, 2009    ROBERTS & ELLIOTT, LLP

15 | By_____
    | SHARMI SHAH
16 | Attorneys for Defendant, Cross-Complainants
    | and Cross-Defendants HAK CHON LEE and
17 | JEUM SOON LEE

18 | DATED: September ___, 2009   _____
19 | ANDRES MENDOZA, Representative for
    | ENRIQUTA MENDOZA and THE ESTATE OF
20 | DAVID Z. MENDOZA

22 | **ORDER**

23 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

24 | The date for the Initial Case Management Conference in this matter is continued from
25 | September 30, 2009 to February 24, 2010 at 2:30 p.m. in this Court. A joint cmc statement shall be filed by 2/17/10
27 | DATED: 10/15, 2009    _____
    | Edward M. Chen, Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION TO CONTINUE INITIAL CASE MAN...    C 08-4845 EMC