John J. Verber, CASB# 139917
Eric R. Haas, CASB# 073947
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general
partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIM | No. C 08-4845 EMC<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: February 24, 2010<br>Time: 2:30 p.m.<br>Courtroom: C [15th Floor]<br>Magistrate Judge Edward M. Chen |

Plaintiff and Counter Defendant STEVENSON PROPERTIES, Defendants, Counter Claimants, Cross Claimants and Cross-Defendants HYSL, INC. and YONG LEE, Defendant, Cross Defendants and Counter Claimants HAK CHON LEE and JEUM SOON LEE, and Defendants ENRIQUETA MENDOZA and the ESTATE OF DAVID Z. MENDOZA jointly submit this Stipulation to Continue Initial Case Management Conference currently scheduled for February 24, 2010 for the reasons set forth below:

1. All parties have now appeared in this action;

2. Discovery is being undertaken by the parties;

3. Plaintiff is continuing the process of obtaining government regulatory approval of a plan to remediate the contamination at the subject property;

4. Plaintiff anticipated receipt of a government agency approved Corrective Action Plan ("*CAP*") prior to the currently scheduled February 24, 2010 conference; however, a final approval has not been received. As a result, Plaintiff has been unable to obtain bids to implement the CAP;

5. An approved CAP and receipt of bids to implement the CAP is required before Plaintiff can preliminarily quantify its damages. An approved CAP and receipt of bids to implement the CAP will facilitate resolution of this matter. The parties are amenable to use of this Court's ADR process to assist in the resolution of this matter; and

6. The parties are available for the continued conference on the following dates and times: June 2, 2010 at 1:30 p.m. or June 23, 2010 at 2:30 p.m.

Based thereon, the parties agree that the Case Management Conference currently

///
///
///

1  scheduled for February 24, 2010 should be continued to either June 2, 2010 at 1:30 p.m. or June
2  23, 2010 at 2:30 p.m.
3      IT IS SO STIPULATED:
4  DATED: February 17, 2010          BURNHAM BROWN

6  By _____
7      JACK W. SCHWARTZ JR.
    Attorneys for Plaintiff and Counter-Defendant
    STEVENSON ENTERPRISES

9  DATED: February 17, 2010          R. KINGSBURY LANE, INC.

*Faxed signature deemed original.*

11  By _____
    ROBERT K. LANE
12      Attorneys for Defendants, Cross-Complainants,
    Counter-Claimants and Cross-Defendants HYSL,
13      INC. and YONG LEE

14  DATED: February ___, 2010       ROBERTS & ELLIOTT, LLP

16  By /S/ _____
    JAMES ROBERTS
17      Attorneys for Defendant, Cross-Complainants
    and Cross-Defendants HAK CHON LEE and
18      JEUM SOON LEE

20  DATED: February ___, 2010       /S/ _____
    ANDRES    MENDOZA,    Representative    for
21      ENRIQUTA MENDOZA and THE ESTATE OF
    DAVID Z. MENDOZA

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The date for the Initial Case Management Conference in this matter is continued from 2/24/10 ~~September 30, 2009~~ to ___6/23/10___ at 2:30 p.m. in this Court.

28 DATED: ___2/23___, 2010 _____

3
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

scheduled for February 24, 2010 should be continued to either June 2, 2010 at 1:30 p.m. or June 23, 2010 at 2:30 p.m.

IT IS SO STIPULATED:

DATED: February ___, 2010          BURNHAM BROWN


By /S/
JACK W. SCHWARTZ JR.
Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES

DATED: February ___, 2010          R. KINGSBURY LANE, INC.


By /S/
ROBERT K. LANE
Attorneys for Defendants, Cross-Complainants,
Counter-Claimants and Cross-Defendants
HYSL, INC. and YONG LEE

DATED: February 2 2, 2010          ROBERTS & ELLIOTT, LLP


By_____
JAMES ROBERTS
Attorneys for Defendant, Cross-Complainants
and Cross- Defendants HAK CHON LEE and
JEUM SOON LEE

DATED: February ___, 2010          /S/
ANDRES MENDOZA, Representative for
ENRIQUTA MENDOZA and THE ESTATE OF
DAVID Z. MENDOZA


**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The date for the Initial Case Management Conference in this matter is continued from September 30, 2009 to _____ at __:30 p.m. in this Court.

DATED: _____, 2010       _____

3
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE          C 08-4845 EMC

scheduled for February 24, 2010 should be continued to either June 2, 2010 at 1:30 p.m. or June 23, 2010 at 2:30 p.m.

IT IS SO STIPULATED:

DATED: February ___, 2010                BURNHAM BROWN


                                         By /S/
                                         ─────────────────────
                                         JACK W. SCHWARTZ JR.
                                         Attorneys for Plaintiff and Counter-Defendant
                                         STEVENSON ENTERPRISES

DATED: February ___, 2010                R. KINGSBURY LANE, INC.


                                         By /S/
                                         ─────────────────────
                                         ROBERT K. LANE
                                         Attorneys for Defendants, Cross-Complainants,
                                         Counter-Claimants and Cross-Defendants
                                         HYSL, INC. and YONG LEE

DATED: February ___, 2010                ROBERTS & ELLIOTT, LLP


                                         By /S/
                                         ─────────────────────
                                         JAMES ROBERTS
                                         Attorneys for Defendant, Cross-Complainants
                                         and Cross- Defendants HAK CHON LEE and
                                         JEUM SOON LEE

DATED: February 22, 2010
                                         ─────────────────────
                                         ANDRES MENDOZA, Representative for
                                         ENRIQUTA MENDOZA and THE ESTATE OF
                                         DAVID Z. MENDOZA


**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The date for the Initial Case Management Conference in this matter is continued from September 30, 2009 to _____ ___ p.m. in this Court.

DATED: _____, 2010            ─────────────────────

3
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE            C 08-4845 EMC

Re: Stevenson Enterprises V. Enriqueta Mendoza, et al.
Court: United States District Court, Northern District Of California
Action No: C 08-04845 EMC

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On February 22, 2010, I served the following document(s) in the following manner(s):

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon on the date and place shown below following ordinary business practice. I am familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| James Roberts<br>Roberts & Elliott, LLP<br>Ten Almaden Boulevard, Suite 500<br>San Jose, CA 95113<br>408-275-9800<br>408-287-3782 Fax | Attorneys for HAK LEE and JEUM SOON LEE |
| Robert K. Lane<br>R. Kingsbury Lane, Inc.<br>3658 Grand Avenue<br>Oakland, CA 94610<br>510-465-1933 | Attorneys for YONG W. LEE and HYSL, INC. |
| Andres Mendoza<br>100 West Moore Road, #87<br>Pharr, TX 78577 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: February 22, 2010

*Leslie Ochoa*
Leslie Ochoa