AMANDA GROVES (SBN: 187216)
agroves@winston.com
MATTHEW K. NARENSKY (SBN: 215604)
mnarensky@winston.com
LEDA MOUALLEM (SBN: 221258)
lmouallem@winston.com
ALVINA WONG (SBN: 266381)
awong@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Defendant and Cross-Defendant
ENRIQUETA MENDOZA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, INC. a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>This document relates to ALL ACTIONS. | **Case No. C 08 4845 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO APPOINT GUARDIAN AD LITEM FOR DEFENDANT ENRIQUETA MENDOZA**<br><br>Date:  March 2, 2011<br>Time:  10:30 a.m.<br>Place:  Courtroom C, 15th Floor<br>Judge:  Magistrate Judge Edward M. Chen |

WHEREAS, Defendant Enriqueta Mendoza filed a Motion to Appoint a Guardian ad Litem ("Motion") on January 6, 2011 as Docket Entry No. 75 on the basis that Mrs. Mendoza's poor health, frail condition, and advanced age of 87 years preclude her from meaningfully engaging with her counsel and otherwise participating in this litigation and therefore render her in need of a guardian ad litem to protect her interests in this litigation;

WHEREAS, Defendant Enriqueta Mendoza seeks in the Motion the appointment of her son, Andres Mendoza, as her guardian ad litem because, inter alia, Mr. Mendoza is able and willing to serve as guardian ad litem for his mother and holds a durable power of attorney (attached as Exhibit A to Mr. Mendoza's Declaration in Support of the Motion) to handle his mother's legal and financial affairs;

WHEREAS, the Court, in Docket Entry No. 78, set the hearing for the Motion on March 2, 2011 at 10:30 a.m. in Courtroom C, Fifteenth Floor, 450 Golden Gate Avenue, San Francisco, California, 94102 and ordered any oppositions to the Motion to be filed by February 9, 2011;

WHEREAS, Plaintiff and Counter-Defendant Stevenson Enterprises does not oppose the Motion;

WHEREAS, Defendants, Cross-Claimants, and Cross-Defendant Hak Chon Lee and Jeum Soon Lee do not oppose the Motion;

WHEREAS, Defendants, Counter-Claimants, Cross-Claimants, and Cross-Defendants HYSL, Inc. and Yong W. Lee do not oppose the Motion provided Andres Mendoza, if appointed guardian for Enriqueta Mendoza in this litigation, has full authority to compromise, settle and otherwise dispose of this litigation on "whatever financial or other terms are deemed appropriate";

WHEREAS, Section A.5. of Magistrate Judge Edward M. Chen's Standing Orders provides: "Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than two (2) court days before the hearing."

WHEREAS, in the interests of efficiency and for the convenience of the Court and the Parties, the Parties identified below agree, subject to the Court's approval, to submit the Motion without further briefing or argument.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the Parties identified below that, subject to the Court's approval:

1. The Parties shall not file further briefing on the Motion unless the Court so requests; and
2. The Court will consider the Motion submitted by Defendant Mendoza without further briefing or oral argument;
3. If the Court appoints Mr. Andres Mendoza guardian ad litem for Enriqueta Mendoza in this litigation, he shall have full authority to compromise, settle and otherwise dispose of this litigation on terms that are approved by the Court.

Dated: February 15, 2011                  WINSTON & STRAWN LLP


                                          By:           */s/ Leda Mouallem*

                                          LEDA MOUALLEM
                                          Attorneys for
                                          ENRIQUETA MENDOZA


Dated: February __, 2011                  BURNHAM BROWN


                                          By:

                                          JACK SCHWARTZ, JR.
                                          Attorneys for
                                          STEVENSON ENTERPRISES

Dated: February __, 2011                  ROBERTS & ELLIOT, LLP


                                          By:
                                          JAMES ROBERTS
                                          SHARMI PAREKH SHAH
                                          Attorneys for
                                          HAK CHON LEE AND JEUM SOON LEE

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

3
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO APPOINT
GUARDIAN AD LITEM FOR ENRIQUETA MENDOZA
CASE NO. C 08 4845 EMC

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the Parties identified below that, subject to the Court's approval:

1. The Parties shall not file further briefing on the Motion unless the Court so requests; and
2. The Court will consider the Motion submitted by Defendant Mendoza without further briefing or oral argument;
3. If the Court appoints Mr. Andres Mendoza guardian ad litem for Enriqueta Mendoza in this litigation, he shall have full authority to compromise, settle and otherwise dispose of this litigation on terms that are approved by the Court.

Dated: February __, 2011

WINSTON & STRAWN LLP

By: _____
LEDA MOUALLEM
Attorneys for
ENRIQUETA MENDOZA

Dated: February 15, 2011

BURNHAM BROWN

By: _____
JACK SCHWARTZ, JR.
Attorneys for
STEVENSON ENTERPRISES

Dated: February 16, 2011

ROBERTS & ELLIOT, LLP

By: _____
JAMES ROBERTS
SHARMI PAREKH SHAH
Attorneys for
HAK CHON LEE AND JEUM SOON LEE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1  Dated: February 14, 2011                    ROBERT KINGSBURY LANE, INC.

3                                               By: _____
4                                                   ROBERT KINGSBURY LANE
                                                    Attorney for
5                                                   HYSL, INC. AND YONG W. LEE

8     I, Laura Guillen, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
9  concurrence to the filing of this document has been obtained from each signatory hereto.

                                                    /s/ Laura Guillen
11                                                  Laura Guillen

13    **IT IS SO ORDERED.** The Court will consider the Motion to Appoint a Guardian ad Litem
14  for Defendant Enriqueta Mendoza without further briefing or oral argument by the Parties. The
15  motion hearing set for 3/2/11 at 10:30 a.m. is hereby vacated.

16  Dated: 2/16, 2011
17                                               EDWARD M. CHEN
                                                 United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)