1  AMANDA GROVES (SBN: 187216)
   agroves@winston.com
2  LEDA MOUALLEM (SBN: 221258)
   lmouallem@winston.com
3  MATTHEW K. NARENSKY (SBN: 215604)
   mnarensky@winston.com
4  ALVINA WONG (SBN: 266381)
   awong@winston.com
5  WINSTON & STRAWN LLP
   101 California Street
6  San Francisco, CA  94111-5802
   Telephone:     (415) 591-1000
7  Facsimile:      (415) 591-1400

8  Attorneys for Defendant and Cross-Defendant
   ENRIQUETA MENDOZA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, INC. a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>This document relates to ALL ACTIONS. | Case No. C 08 4845 EMC<br><br>[PROPOSED] ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM FOR DEFENDANT ENRIQUETA MENDOZA<br><br>Date:   February 16, 2011<br>Time:  10:30 a.m.<br>Place:  Courtroom C, 15th Floor<br>Judge: Magistrate Judge Edward M. Chen |

Having reviewed Defendant Enriqueta Mendoza's Motion for Appointment of a Guardian Ad Litem and the papers filed therewith, including the Declaration of Andres Mendoza, and finding Mrs. Mendoza to be incompetent and in need of a guardian ad litem to adequately protect her interests in this litigation, the Court hereby **GRANTS** the Motion.

The Court finds that Enriqueta Mendoza, who is 87 years old and in poor health, is a legally incompetent person for whom no general guardian or other representative has been appointed in this litigation. To ensure she has fair access to the Court, Enriqueta Mendoza is entitled to have a guardian ad litem appointed pursuant to Federal Rules of Civil Procedure, Rule 17(c) to represent her in this litigation, including against the allegations made by plaintiff Stevenson Enterprises, defendants, cross defendants, and cross claimants, Hak Chon Lee and Jeum Soon Lee, and defendants, cross defendants, cross claimants, and counter claimants, HYSL, Inc. and Yong W. Lee.

The Court finds that Mrs. Mendoza's son, Andres Mendoza, is fully qualified to act as guardian ad litem on her behalf. Andres Mendoza has appeared before the Court on his mother's behalf and is able and willing to act as guardian ad litem for her. Moreover, he holds a Durable Power of Attorney to handle Mrs. Mendoza's legal and financial affairs. *Consistent with that Durable Power of Attorney, Mr. Mendoza has the full authority to settle this case.*

Andres Mendoza is hereby appointed guardian ad litem for Enriqueta Mendoza in this litigation.

**IT IS SO ORDERED.**

Dated: 2/16/11

_____
EDWARD M. CHEN
United States Magistrate Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

2
[PROPOSED] ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM
FOR DEFENDANT ENRIQUETA MENDOZA
CASE NO. C 08 4845 EMC