John J. Verber, CASB# 139917
Eric R. Haas, CASB# 073947
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
Email:       jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general
partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIM | No. C 08-4845 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF MEDIATION** |

Plaintiff and Counter Defendant STEVENSON ENTERPRISES, Defendants, Counter Claimants, Cross Claimants and Cross-Defendants HYSL, INC. and YONG LEE, Defendant, Cross Defendants and Counter Claimants HAK CHON LEE and JEUM SOON LEE, and Defendant ENRIQUETA MENDOZA (hereinafter "parties") jointly submit this Stipulation and [Proposed] Order Re Scheduling of Mediation for the reasons set forth below:

1. This Court previously ordered mediation of this matter occur on or before March 15, 2011;

2. Due to counsel and mediator availability, the parties, in consultation with the mediator Steven Weissman, agreed to schedule mediation for March 18, 2011 subject to the Court's approval; however, an unexpected scheduling conflict arose for Plaintiff rendering the March 18, 2011 date unavailable;

3. The parties and mediator have met and conferred as to a subsequent date that was available to the parties and the mediator and have agreed that the mediation shall go forward on April 29, 2011 subject to the Court's approval.

Based thereon, the parties and mediator respectfully request that this Court continue the date for the completion of the mediation to April 29, 2011.

IT IS SO STIPULATED:

DATED: February 28, 2011        BURNHAM BROWN

By: _____
JACK W. SCHWARTZ JR.
Attorneys for Plaintiff and Counter-Defendant STEVENSON ENTERPRISES

DATED: February ___, 2011        R. KINGSBURY LANE, INC.

By: _____
ROBERT K. LANE
Attorneys for Defendants, Cross-Complainants, Counter-Claimants and Cross-Defendants HYSL, INC. and YONG LEE

DATED: February ___, 2011        ROBERTS & ELLIOTT, LLP

By: _____
JAMES ROBERTS
Attorneys for Defendant, Cross-Complainants and Cross-Defendants HAK CHON LEE and JEUM SOON LEE

1. This Court previously ordered mediation of this matter occur on or before March 15, 2011;

2. Due to counsel and mediator availability, the parties, in consultation with the mediator Steven Weissman, agreed to schedule mediation for March 18, 2011 subject to the Court's approval; however, an unexpected scheduling conflict arose for Plaintiff rendering the March 18, 2011 date unavailable;

3. The parties and mediator have met and conferred as to a subsequent date that was available to the parties and the mediator and have agreed that the mediation shall go forward on April 29, 2011 subject to the Court's approval.

Based thereon, the parties and mediator respectfully request that this Court continue the date for the completion of the mediation to April 29, 2011.

IT IS SO STIPULATED:

DATED: February ___, 2011            BURNHAM BROWN

                                     By: _____
                                     JACK W. SCHWARTZ JR.
                                     Attorneys for Plaintiff and Counter-
                                     Defendant STEVENSON ENTERPRISES

DATED: February March 1, 2011        R. KINGSBURY LANE, INC.

                                     By: _____
                                     ROBERT K. LANE
                                     Attorneys for Defendants, Cross-
                                     Complainants, Counter-Claimants and
                                     Cross-Defendants HYSL, INC. and YONG LEE

DATED: February ___, 2011            ROBERTS & ELLIOTT, LLP

                                     By: _____
                                     JAMES ROBERTS
                                     Attorneys for Defendant, Cross-
                                     Complainants and Cross-Defendants HAK
                                     CHON LEE and JEUM SOON LEE

DATED: February 28, 2011      WINSTON & STRAWN, LLP

By: *Leda Mouallem*
LEDA M. MOUALLEM
Attorneys for Defendant ENRIQUETA MENDOZA

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The parties shall complete a mediation of this matter on or before April 29, 2011. The status conference is reset from 3/30/11 to 5/18/11 at 2:30 p.m. An updated joint status report shall be filed by 5/11/11.

DATED: _____, 2011

Edward M. Chen, Magistrate Judge

Dated: 3/2/11

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA