UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEVENSON ENTERPRISES,<br>　　　　Plaintiff, | No. C 08-4845 EMC |
| v. | **ORDER RE: ATTENDANCE** |
| ENRIQUTA MENDOZA, et al.,<br>　　　　Defendants.<br>_____/ | Date:　　　April 29, 2011<br>Mediator:　Steven Weissman |

　　　IT IS HEREBY ORDERED that the request for defendant Enriqueta Mendoza's guardian ad litem, Andres Mendoza, to appear telephonically at the April 29 mediation before Steven Weissman is DENIED. Mr. Mendoza shall appear in person at the mediation.

　　　IT IS SO ORDERED.

April 20, 2011　　　　　　　　By:　　　　　/s/ Elizabeth D. Laporte
Dated　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge