1    AMANDA GROVES (SBN: 187216)
     agroves@winston.com
2    MATTHEW K. NARENSKY (SBN: 215604)
     mnarensky@winston.com
3    LEDA MOUALLEM (SBN: 221258)
     lmouallem@winston.com
4    ALVINA WONG (SBN: 266381)
     awong@winston.com
5    WINSTON & STRAWN LLP
     101 California Street
6    San Francisco, CA  94111-5802
     Telephone:    (415) 591-1000
7    Facsimile:     (415) 591-1400

8    Attorneys for Defendant and Cross-Defendant
     ENRIQUETA MENDOZA

9

10                  UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14   STEVENSON ENTERPRISES, a California      )   Case No. C 08 4845 EMC
     general partnership                      )
15                                            )   STIPULATION AND [PROPOSED]
                  Plaintiff,                  )   ORDER REGARDING EXTENSION OF
16                                            )   MEDIATION DEADLINE AND
          v.                                  )   SHORTENING OF TIME TO REQUEST
17                                            )   THE EXTENSION
     ENRIQUETA MENDOZA; ESTATE OF             )
18   DAVID Z. MENDOZA; HAK CHON LEE;          )
     JEUM SOON LEE; HYSL, INC. a California    )
19   corporation; and YONG W. LEE,            )
                                              )
20                Defendants.                 )
                                              )
21   ─────────────────────────────────────    )
                                              )
22   This document relates to ALL ACTIONS.    )
                                              )
23

24

25

26

27

28
                                    1
     STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF MEDIATION DEADLINE AND
              SHORTENING OF TIME TO REQUEST THE EXTENSION
                       CASE NO. C 08 4845 EMC

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Stevenson Enterprises, Hak Chon Lee, Jeum Soon Lee, HYSL, Inc., Yong Lee, and Enriqueta Mendoza (hereinafter the "Stipulating Parties") jointly submit this Stipulation and [Proposed] Order Regarding Extension of Mediation Deadline and Shortening of Time to Request the Extension for the reasons set forth below:

1. On March 2, 2011 at Docket Entry No. 84, the Court ordered the parties to complete a mediation of this matter on or before April 29, 2011. This Order was made pursuant to a previous stipulation requesting an extension of the March 15, 2011 deadline the Court previously set for mediation in this matter.

2. On April 14, 2011, pursuant to Northern District of California ADR Local Rule 6-10(d), and due his mother's hospitalization and current acute medical issues, Mr. Andres Mendoza ("Mr. Mendoza"), guardian ad litem for Defendant and Cross-Defendant Enriqueta Mendoza, requested that he be excused from personal attendance at the mediation scheduled in this matter on April 29, 2011 and instead requested that he be allowed to participate by telephone. On April 21, 2011 at Docket Entry No. 85, Northern District of California ADR Magistrate Judge Elizabeth D. Laporte denied Mr. Mendoza's request ordered that Mr. Mendoza shall appear in person at the mediation to be held in this matter.

3. As a result of Judge Laporte's Order, on April 25, 2011, the mediator convened a telephone conference to discuss rescheduling the mediation. Due to various scheduling conflicts, the mediator and the parties are unavailable to reschedule the mediation until a date following July 22, 2011. Accordingly, the mediator and the Stipulating Parties agree, subject to the Court's approval, to complete a mediation of this matter by July 31, 2011.

4. An extension of the deadline for a mediation of this matter may impact the dates the Court set for the status conference (currently set for May 18, 2011 at 2:30 p.m.) and the deadline for an updated joint status report (currently due May 11, 2011).

5. Northern District of California ADR Local Rule 6-5 states that "[r]equests for extension

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1    of the deadline for conducting a mediation must be made no later than 14 days before the

2    session is to be held . . . ." However, Magistrate Judge Laporte's Order on April 21, 2011

3    requiring Mr. Mendoza to appear in person at the mediation was entered less than 14 days

4    before the mediation scheduled on April 29, 2011.  Northern District of California Civil

5    Local Rule 6-2 allows the parties to stipulate to a request to shorten a time fixed by a

6    local rule.  The parties agree to request that the Court shorten the 14-day time period

7    under Northern District of California ADR Local Rule 6-5 for this request to extend the

8    deadline for mediation.

9         Based thereon the Stipulating Parties and the mediator respectfully request that this court

10   shorten the 14-day time period under Northern District of California ADR Local Rule 6-5 within

11   which to request an extension of a deadline for mediation and grant this request to extend the

12   deadline for mediation in this matter to July 31, 2011.

13        IT IS SO STIPULATED.

14

15   Dated: April 27, 2011              WINSTON & STRAWN LLP

16

17                                      By:_____/s/ Laura Guillen_____

18                                      LAURA GUILLEN
                                        Attorneys for
19                                      ENRIQUETA MENDOZA

20

21   Dated: April __, 2011              BURNHAM BROWN

22

23

24                                      By: _____

25                                      JACK SCHWARTZ, JR.
                                        Attorneys for
26                                      STEVENSON ENTERPRISES

27

28

3

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF MEDIATION DEADLINE AND
SHORTENING OF TIME TO REQUEST THE EXTENSION
CASE NO. C 08 4845 EMC

Dated: April __, 2011

ROBERTS & ELLIOT, LLP


By: _____
JAMES ROBERTS
SHARMI PAREKH SHAH
Attorneys for
HAK CHON LEE AND JEUM SOON LEE

Dated: April __, 2011

ROBERT KINGSBURY LANE, INC.


By: _____
ROBERT KINGSBURY LANE
Attorney for
HYSL, INC. AND YONG W. LEE


I, Laura Guillen, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Laura Guillen*
Laura Guillen

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF MEDIATION DEADLINE AND
SHORTENING OF TIME TO REQUEST THE EXTENSION
CASE NO. C 08 4845 EMC

of the deadline for conducting a mediation must be made no later than 14 days before the session is to be held . . . ." However, Magistrate Judge Laporte's Order on April 21, 2011 requiring Mr. Mendoza to appear in person at the mediation was entered less than 14 days before the mediation scheduled on April 29, 2011. Northern District of California Civil Local Rule 6-2 allows the parties to stipulate to a request to shorten a time fixed by a local rule. The parties agree to request that the Court shorten the 14-day time period under Northern District of California ADR Local Rule 6-5 for this request to extend the deadline for mediation.

Based thereon the Stipulating Parties and the mediator respectfully request that this court shorten the 14-day time period under Northern District of California ADR Local Rule 6-5 within which to request an extension of a deadline for mediation and grant this request to extend the deadline for mediation in this matter to July 31, 2011.

IT IS SO STIPULATED.

Dated: April __, 2011                          WINSTON & STRAWN LLP


                                               By: _____

                                                   LAURA GUILLEN
                                                   Attorneys for
                                                   ENRIQUETA MENDOZA


Dated: April 27, 2011                          BURNHAM BROWN


                                               By: _____

                                                   JACK SCHWARTZ, JR.
                                                   Attorneys for
                                                   STEVENSON ENTERPRISES

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Dated:  April 26, 2011

ROBERTS & ELLIOT, LLP

By: _____
JAMES ROBERTS
SHARMI PAREKH SHAH
Attorneys for
HAK CHON LEE AND JEUM SOON LEE

Dated:  April ___, 2011

ROBERT KINGSBURY LANE, INC.

By: _____
ROBERT KINGSBURY LANE
Attorney for
HYSL, INC. AND YONG W. LEE

I, Laura Guillen, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

_____
Laura Guillen

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

4

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF MEDIATION DEADLINE AND SHORTENING OF TIME TO REQUEST THE EXTENSION
CASE NO. C 08 4845 EMC

1    Dated: April ___, 2011                 ROBERTS & ELLIOT, LLP

2

3                                           By: _____

4                                               JAMES ROBERTS
                                                SHARMI PAREKH SHAH
5                                               Attorneys for
                                                HAK CHON LEE AND JEUM SOON LEE
6
     Dated: April 27, 2011                  ROBERT KINGSBURY LANE, INC.
7

8

9                                           By: _____

10                                              ROBERT KINGSBURY LANE
                                                Attorney for
11                                              HYSL, INC. AND YONG W. LEE

12

13

14       I, Laura Guillen, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

15   concurrence to the filing of this document has been obtained from each signatory hereto.

16                                                     _____

17                                                              Laura Guillen

18

19

20

21

22

23

24

25

26

27

28
                                                    4

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**IT IS SO ORDERED.**  The request to shorten time is GRANTED and the request to extend the deadline for mediation is GRANTED.  The parties shall complete a mediation in this matter on or before July 31, 2011.   The status conference is reset from May 18, 2011 at 2:30 p.m. to August 10, 2011 at 2:30 p.m.  An updated joint status report shall be filed by August 3, 2011 .

Dated: _____ April 28 _____, 2011

EDWARD M. CHEN
United States Magistrate Jud

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

5

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802