AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
MATTHEW K. NARENSKY (SBN: 215604)
mnarensky@winston.com
ALVINA WONG (SBN: 266381)
awong@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Defendant and Cross-Defendant
ENRIQUETA MENDOZA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc. a California corporation; and YONG W. LEE, <br><br>　　　　　Defendants. <br><br>This document relates to ALL ACTIONS. | **Case No. C 08 4845 EMC** <br><br> **[PROPOSED] ORDER EXTENDING TIME TO ANSWER CROSSCLAIMS PURSUANT TO RULE 6(b)(1)(B)** <br><br> Judge Edward M. Chen |

1    IT IS HEREBY ORDERED that defendant Enriqueta Mendoza's motion to extend time to answer the crossclaims against her pursuant to FRCP 6(b)(1)(B) is GRANTED.  The time in which Mrs. Mendoza is required to serve answers to the crossclaims against her is hereby extended from twenty-one days after receipt of the crossclaims to and including the date that is two weeks from the date hereof.

IT IS SO ORDERED.

Dated:        7/1/11

By: _____
Edward M. Chen
United States Magistrate Judge

