**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES,<br><br>    Plaintiff,<br><br>    v.<br><br>ENRIQUETA MENDOZA, et al.,<br><br>    Defendants.<br>_____/ | Case No. C08-4845 EMC<br><br>**ORDER EXTENDING MEDIATION DEADLINE AND RESETTING STATUS CONFERENCE** |

    IT IS SO ORDERED that the mediation deadline is extended to October 31, 2011.  The Status Conference set for August 19, 2011 at 10:30 a.m. is **reset** for November 7, 2011 at 10:30 a.m. before District Judge Edward M. Chen in **Courtroom 5, 17th Floor**, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Status Report shall be filed by October 31, 2011.

    IT IS SO ORDERED.

Dated:  August 3, 2011

_____
EDWARD M. CHEN
United States District Judge