AMANDA GROVES (SBN: 187216)
agroves@winston.com
MATTHEW K. NARENSKY (SBN: 215604)
mnarensky@winston.com
ALVINA WONG (SBN: 266381)
awong@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant and Cross-Defendant
ENRIQUETA MENDOZA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership, <br><br> Plaintiff, <br><br> v. <br><br> ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, INC. a California corporation; and YONG W. LEE, <br><br> Defendants. <br><br> This document relates to ALL ACTIONS. | Case No. C 08 4845 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON MOTION TO APPOINT NEW GUARDIAN AD LITEM FOR DEFENDANT ENRIQUETA MENDOZA** |

Stevenson Enterprises, Hak Chon Lee, Jeum Soon Lee, HYSL, Inc., Yong Lee, and Enriqueta Mendoza (hereinafter the "parties") jointly submit this Stipulation and [Proposed] Order to Shorten Time on Motion to Appoint New Guardian Ad Litem for Defendant Enriqueta Mendoza for the reasons set forth below:

1. WHEREAS on August 3, 2011, the Court ordered mediation in this matter to be completed by October 31, 2011 (Docket Entry ("DE") 111);

2. WHEREAS Defendant Enriqueta Mendoza's ("Mendoza") appointed guardian ad litem, Andres Mendoza, is no longer able or willing to serve in that capacity;

3. WHEREAS Mendoza will file a motion to appoint her daughter, Minerva Mendoza, as her New Guardian Ad Litem ("Motion");

4. WHEREAS if the Motion is not heard before October 31, 2011, Mrs. Mendoza will be inadequately represented at the mediation because no guardian ad litem will be present to protect her interests;

5. WHEREAS pursuant to the Civil Local Rules and the Court's calendar, the first date on which the Motion may be heard is November 4, 2011;

6. WHEREAS Northern District of California Civil Local Rule 6-2 allows the parties to stipulate to a request to shorten a time fixed by a local rule and the parties agree to request that the Court shorten the 35-day time period under Northern District of California Civil Local Rule 7-2 for the Motion to be heard.

IT IS THEREFORE HEREBY STIPULATED AND AGREED:

1. The hearing on the Motion to Appoint New Guardian Ad Litem for Defendant Enriqueta Mendoza will take place on Friday, October 7, 2011 at 1:30 p.m.

2. This stipulation may be executed in any number of counterparts, each executed counterpart constituting an original but all together only one stipulation. Electronic delivery by facsimile or otherwise of an executed counterpart of a signature page to this stipulation shall be effective as delivery of an original executed counterpart of this stipulation.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

| | | |
|---|---|---|
| 1 | Dated: September 27, 2011 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: /s/ Alvina Wong |
| 4 | | ALVINA WONG |
| 5 | | Attorneys for ENRIQUETA MENDOZA |
| 6 | Dated: September __, 2011 | BURNHAM BROWN |
| 7 | | |
| 8 | | By: _____ |
| 9 | | |
| 10 | | JACK SCHWARTZ, JR. Attorneys for |
| 11 | | STEVENSON ENTERPRISES |
| 12 | Dated: September __, 2011 | ROBERTS & ELLIOT, LLP |
| 13 | | |
| 14 | | By: _____ |
| 15 | | JAMES ROBERTS SHARMI PAREKH SHAH |
| 16 | | Attorneys for HAK CHON LEE AND JEUM SOON LEE |
| 17 | | |
| 18 | Dated: September__, 2011 | ROBERT KINGSBURY LANE, INC. |
| 19 | | |
| 20 | | By: _____ |
| 21 | | ROBERT KINGSBURY LANE |
| 22 | | Attorney for HYSL, INC. AND YONG W. LEE |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Alvina Wong, hereby attests that concurrence in the filing of this document has been obtained.*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~~Pursuant to the Stipulation, the hearing on the Motion to Appoint New Guardian Ad Litem for Defendant Enriqueta Mendoza will take place on Friday, October 7, 2011 at 1:30 p.m.~~ The Court has determined that no hearing will be necessary on the Motion to Appoint New Guardian Ad Litem. Any opposition to Defendant Mendoza's Motion shall be filed no later than September 29, 2011. No reply is permitted.

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
E. _____
United States _____ Judge

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]