John J. Verber, CASB# 139917
Eric R. Haas, CASB# 073947
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
Email:   jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general
partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | No.  C 08-4845 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF STATUS CONFERENCE** |

Plaintiff and Counter Defendant STEVENSON ENTERPRISES, a California general partnership, Defendants, Counter Claimants, Cross Claimants and Cross-Defendants HYSL, INC. and YONG LEE, Defendant, Cross Defendants and Counter Claimants HAK CHON LEE and JEUM SOON LEE, and Defendant, Counter Claimant and Cross Claimant ENRIQUETA MENDOZA jointly submit this Stipulation and [Proposed] Order Re Scheduling of Status

///

Conference for the reasons set forth below:

1. There is presently a Status Conference scheduled with the Court on November 7, 2011; and

2. On October 31, 2011, the parties and counsel held a mediation of this matter resulting in a potential settlement of the entire litigation; however, the parties require additional time to attempt to resolve issues pertaining to the potential settlement. It is unlikely that the parties will be able to complete a settlement on or before November 7, 2011, the date of the currently scheduled Status Conference.

Based thereon, the parties respectfully request that this Court continue the date of the Status Conference from November 7, 2011 until January 6, 2012. The parties further request that this Court establish the date of December 30, 2011 as the last date for the parties to file an updated Status Conference Statement with the Court.

IT IS SO STIPULATED:

DATED: November 2, 2011                BURNHAM BROWN

                                       By: _____
                                       JACK W. SCHWARTZ JR.
                                       Attorneys for Plaintiff and Counter-
                                       Defendant STEVENSON ENTERPRISES,
                                       a California general partnership

DATED: November ___, 2011              R. KINGSBURY LANE, INC.

                                       By: _____
                                       ROBERT K. LANE
                                       Attorneys for Defendants, Cross-
                                       Complainants, Counter-Claimants and
                                       Cross-Defendants HYSL, INC. and YONG LEE

///

///

///

require additional time to attempt to resolve issues pertaining to the potential settlement. It is unlikely that the parties will be able to complete a settlement on or before November 7, 2011, the date of the currently scheduled Status Conference.

Based thereon, the parties respectfully request that this Court continue the date of the Status Conference from November 7, 2011 until January 6, 2012. The parties further request that this Court establish the date of December 30, 2011 as the last date for the parties to file an updated Status Conference Statement with the Court.

IT IS SO STIPULATED:

DATED: November ___, 2011           BURNHAM BROWN

                                    By: _____
                                    JACK W. SCHWARTZ JR.
                                    Attorneys for Plaintiff and Counter-
                                    Defendant STEVENSON
                                    ENTERPRISES, a California general
                                    partnership

DATED: November 2, 2011             R. KINGSBURY LANE, INC.

                                    By: _____
                                    ROBERT K. LANE
                                    Attorneys for Defendants, Cross-
                                    Complainants, Counter-Claimants and
                                    Cross-Defendants HYSL, INC. and
                                    YONG LEE

///

///

///

DATED: November ___, 2011           ROBERTS & ELLIOTT, LLP

DATED: November 2, 2011           ROBERTS & ELLIOTT, LLP

                                  By: /s/ 
                                  JAMES ROBERTS
                                  SHARMI SHAH
                                  Attorneys for Defendant, Cross-
                                  Complainants and Cross- Defendants HAK
                                  CHON LEE and JEUM SOON LEE

DATED: November ___, 2011         WINSTON & STRAW, LLP


                                  By: _____
                                  MATTHEW K. NARENSKY
                                  Attorneys for Defendant, Counter-Claimant
                                  and   Cross-Complainant   ENRIQUETA
                                  MENDOZA

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The parties' request to continue the Status Conference currently scheduled for November 7, 2011 is GRANTED. The Status Conference is reset from November 7, 2011 to January 6, 2012 at 10:30 a.m. in Courtroom 5 of this Court. An updated joint status report shall be filed by December 30, 2011.

DATED: November ___, 2011         _____
                                  Edward M. Chen, Judge
                                  United States District Court
                                  Northern District of California

| | | |
|---|---|---|
| 1 | DATED: November ___, 2011 | ROBERTS & ELLIOTT, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JAMES ROBERTS |
| | | SHARMI SHAH |
| 5 | | Attorneys for Defendant, Cross-Complainants and Cross- Defendants HAK CHON LEE and JEUM SOON LEE |
| 6 | DATED: November 2, 2011 | WINSTON & STRAWN, LLP |
| 7 | | |

By: _____
MATTHEW K. NARENSKY
Attorneys for Defendant, Counter-Claimant and Cross-Complainant ENRIQUETA MENDOZA

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The parties' request to continue the Status Conference currently scheduled for November 7, 2011 is GRANTED. The Status Conference is reset from November 7, 2011 to January 6, 2012 at 10:30 a.m. in Courtroom 5 of this Court. An updated joint status report shall be filed by December 30, 2011.

DATED: November 4, 2011

_____
Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen