John J. Verber, CASB# 139917
Eric R. Haas, CASB# 073947
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general
partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIM | No. C 08-4845 EMC<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date: March 9, 2012<br>Time: 11:30 p.m.<br>Courtroom: 5 [17th Floor]<br>Judge Edward M. Chen<br><br>ORDER RESETTING CMC |

Plaintiff and Counter Defendant STEVENSON ENTERPRISES, Defendants, Counter Claimants, Cross Claimants and Counter Defendants HYSL, INC. and YONG LEE, Defendant, Counter Defendants and Counter Claimants HAK CHON LEE and JEUM SOON LEE, and Defendant, Cross-Claimant, Counter-Claimant and Cross-Defendant ENRIQUETA MENDOZA jointly submit this Joint Status Conference Statement for the Status Conference currently

1
JOINT STATUS CONFERENCE STATEMENT C 08-4845 EMC

1  scheduled for March 9, 2012.

2      The parties are continuing to complete the memorialization of a settlement in formal
3  written settlement agreements.

4      The parties therefore request that the currently scheduled status conference be continued.
5  Due to an attorney's trial schedule, the parties request that the continued status conference be
6  scheduled after April 8, 2012 on a date convenient to the Court, in order to allow the parties to
7  continue their efforts at completing their respective settlement agreements.

8  DATED: March 2, 2012     BURNHAM BROWN

9
10     By: _____
11     JACK W. SCHWARTZ JR.
    Attorneys for Plaintiff and Counter-
12     Defendant STEVENSON ENTERPRISES

13 DATED: March __, 2012     R. KINGSBURY LANE, INC.

14
15     By: _____
    ROBERT K. LANE
16     Attorneys for Defendants, Counter-
    Complainants, Counter-Claimants and
17     Counter-Defendants HYSL, INC. and
    YONG LEE

18 DATED: March __, 2012     ROBERTS & ELLIOTT, LLP
19
20
    By: _____
21     JAMES ROBERTS
    SHARMI SHAH
22     Attorneys for Defendant, Counter-
    Complainants and Counter- Defendants
23     HAK CHON LEE and JEUM SOON LEE

24
25
26
27
28

1  scheduled for March 9, 2012.

2  The parties are continuing to complete the memorialization of a settlement in formal
3  written settlement agreements.

4  The parties therefore request that the currently scheduled status conference be continued.
5  Due to an attorney's trial schedule, the parties request that the continued status conference be
6  scheduled after April 8, 2012 on a date convenient to the Court, in order to allow the parties to
7  continue their efforts at completing their respective settlement agreements.

8  DATED: March ___, 2012                     BURNHAM BROWN

10                                            By: _____
11                                            JACK W. SCHWARTZ JR.
                                              Attorneys for Plaintiff and Counter-
12                                            Defendant STEVENSON ENTERPRISES

13 DATED: March 2, 2012                       R. KINGSBURY LANE, INC.

15                                            By: _____
                                              ROBERT K. LANE
16                                            Attorneys for Defendants, Counter-
                                              Complainants, Counter-Claimants and
17                                            Counter-Defendants HYSL, INC. and
                                              YONG LEE

18 DATED: March ___, 2012                     ROBERTS & ELLIOTT, LLP

20                                            By: _____
21                                            JAMES ROBERTS
                                              SHARMI SHAH
22                                            Attorneys for Defendant, Counter-
                                              Complainants and Counter- Defendants
23                                            HAK CHON LEE and JEUM SOON LEE

28                                            2
JOINT STATUS CONFERENCE STATEMENT                                    C 08-4845 EMC

1 | scheduled for March 9, 2012.

2 | The parties are continuing to complete the memorialization of a settlement in formal written settlement agreements.

4 | The parties therefore request that the currently scheduled status conference be continued. Due to an attorney's trial schedule, the parties request that the continued status conference be scheduled after April 8, 2012 on a date convenient to the Court, in order to allow the parties to continue their efforts at completing their respective settlement agreements.

DATED: March __, 2012            BURNHAM BROWN

By: _____
JACK W. SCHWARTZ JR.
Attorneys for Plaintiff and Counter-
Defendant STEVENSON ENTERPRISES

DATED: March __, 2012            R. KINGSBURY LANE, INC.

By: _____
ROBERT K. LANE
Attorneys for Defendants, Counter-
Complainants, Counter-Claimants and
Counter-Defendants HYSL, INC. and
YONG LEE

DATED: March __, 2012            ROBERTS & ELLIOTT, LLP

By: _____
JAMES ROBERTS
SHARMI SHAH
Attorneys for Defendant, Counter-
Complainants and Counter- Defendants
HAK CHON LEE and JEUM SOON LEE

| | | |
|---|---|---|
| 1 | DATED: March 2, 2012 | WINSTON & STRAWN, LLP |
| 2 | | |
| 3 | | By: *Noelle Formosa* |
| 4 | | MATTHEW K. NARENSKY |
| 5 | | NOELLE R. FORMOSA<br>Attorneys for Defendant, Cross-Claimant, |
| 6 | | Counter-Claimant and Cross-Defendant<br>ENRIQUETA MENDOZA |
| 7 | 1135717 | |

IT IS SO ORDERED that the further CMC is reset to 4/13/12 at 11:30 a.m. Plaintiff counsel shall initiate the conference call and call the Court last at (415) 522-2117. An updated joint CMC statement shall be filed by 4/6/12.

_____
Edward M. Chen
U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

Re: <u>Stevenson Enterprises V. Enriqueta Mendoza, et al.</u>
Court: United States District Court, Northern District Of California
Action No: C 08-04845 EMC

## CERTIFICATE OF SERVICE

I, Sara Bloodgood, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Burnham Brown, 1901 Harrison Street, Suite 1400, Oakland, California 94612, which is located in the city, county and state where the mailing described below took place.

On March 5, 2012, I served the following document(s), addressed as set forth in the following manner:

## JOINT STATUS CONFERENCE STATEMENT

BY E-FILING (USDC NORTHERN DISTRICT): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

| | |
|---|---|
| James Roberts, Esq.<br>Sharmi Shah, Esq.<br>ROBERTS & ELLIOTT, LLP<br>Ten Almaden Boulevard, Suite 500<br>San Jose, CA 95113<br>408-275-9800<br>408-287-3782 Fax | Attorneys for HAK LEE and JEUM SOON LEE |
| Robert K. Lane, Esq.<br>R. KINGSBURY LANE, INC.<br>3658 Grand Avenue<br>Oakland, CA 94610<br>510-465-1933 | Attorneys for YONG W. LEE and HYSL, INC. |
| Matthew K. Narensky, Esq.<br>Noelle R. Formosa, Esq.<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5802<br>415-591-1000<br>415-591-1400 Fax | Attorneys for ENRIQUETA MENDOZA and ESTATE OF DAVID Z. MENDOZA |

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2012.

_____
Sara Bloodgood