AMANDA GROVES (SBN: 187216)
agroves@winston.com
MATTHEW K. NARENSKY (SBN: 215604)
mnarensky@winston.com
ALVINA WONG (SBN: 266381)
awong@winston.com
NOELLE R. FORMOSA (SBN: 265023)
nformosa@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Defendant,
Cross-Defendant, Cross-
Claimant, and Counter-Claimant
ENRIQUETA MENDOZA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, INC. a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>This document relates to ALL ACTIONS. | **Case No. C 08 4845 EMC**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   April 13, 2012<br>Time:  11:30 a.m.<br>Place:  Courtroom 5<br>Judge: District Court Judge Edward M. Chen<br><br>ORDER RESETTING CMC TO 4/27/12 at 11:40 a.m. |

Plaintiff and counter-defendant Stevenson Enterprises; defendants, cross-defendants, cross-claimants, and counter-claimants HYSL, Inc. and Yong W. Lee; defendants, cross-defendants, and cross-claimants Hak Chon Lee and Jeum Soon Lee; and defendant, cross-defendant, cross-claimant, and counter-claimant Enriqueta Mendoza respectfully submit the following joint case management

1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. C 08 4845 EMC

1 conference statement pursuant to the Court's Order filed on March 6, 2012, for the telephonic case
2 management conference currently set for April 13, 2012, at 11:30 a.m.

3     The parties are continuing to negotiate a global settlement of this matter and are very close to
4 finalizing and executing four written settlement agreements. In connection with this global
5 settlement, Plaintiff will be filing a first amended complaint to name the Estate of David Mendoza,
6 Deceased as defendant pursuant to California Probate Code Sections 550 *et seq*.

7     The parties therefore request that the currently scheduled case management conference be
8 continued to a date after April 22, 2012 that is convenient to the Court, in order to allow the parties
9 to continue their efforts finalizing the global settlement.

Respectfully submitted,

DATED: April 5, 2012    BURNHAM BROWN

By:   /s/ Jack W. Schwartz
JACK W. SCHWARTZ JR.
Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES

DATED: April 5, 2012    R. KINGSBURY LANE, INC.

By:   /s/ Robert K. Lane
ROBERT K. LANE
Attorneys for Defendants, Cross-Defendants,
Cross-Claimants, and Counter-Claimants
HYSL, INC. and YONG W. LEE

DATED: April 5, 2012    ROBERTS & ELLIOTT, LLP

By:   /s/ Sharmi Shah
JAMES ROBERTS
SHARMI SHAH
Attorneys for Defendants, Cross-Defendants,
and Cross-Claimants HAK CHON LEE and
JEUM SOON LEE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

DATED: April 5, 2012                                WINSTON & STRAWN, LLP

                                                    By:      /s/ Noelle R. Formosa
                                                    MATTHEW K. NARENSKY
                                                    NOELLE R. FORMOSA
                                                    Attorneys for Defendant, Cross-Defendant, Cross-Claimant, and Counter-Claimant
                                                    ENRIQUETA MENDOZA

I, Noelle R. Formosa, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                                         /s/ Noelle R. Formosa
                                                    Noelle R. Formosa

IT IS SO ORDERED that the further CMC is reset to 4/27/12 at 11:40 am. Plaintiff counsel shall initiate the conference call and call the Court last at (415) 522-2117. An updated joint CMC statement shall be filed by 4/20/12.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802