John J. Verber, CASB# 139917
Eric R. Haas, CASB# 073947
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general
partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants. | Case No. C 08-4845 EMC<br><br>**STIPULATION RE PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT AND STIPULATED DISMISSALS;** [PROPOSED] **ORDER** |
| AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | |

1

STIPULATION RE PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT AND STIPULATED
DISMISSALS; [PROPOSED] ORDER
CASE NO. C 08 4845 EMC

Stevenson Enterprises, a general partnership ("*Stevenson*"), Hak Chon Lee, Jeum Soon Lee, Enriqueta Mendoza, Yong W. Lee and HYSL, Inc. (hereinafter collectively the "*Settling Parties*") jointly submit this Stipulated Dismissal and Stipulation re Plaintiff's Filing of a First Amended Complaint and [Proposed] Order for the reasons set forth below:

1. WHEREAS on or about September 21, 2012, the Settling Parties executed a Master Settlement Agreement and separate Settlement Agreements to reflect differing terms and conditions of settlement by and among the respective Settling Parties;

2. WHEREAS in its Complaint, Plaintiff named the Estate of David Z. Mendoza individually as a Defendant. Plaintiff has been informed by Enriqueta Mendoza, by and through her attorney in fact and appointed guardian ad litem, that, to the best of her knowledge and belief, her husband, David Mendoza, passed away intestate;

3. WHEREAS California Probate Code §§550, *et seq.* provide that an action may be brought to establish a decedent's liability for which the decedent was protected by insurance by naming as a defendant, "Estate of (name of decedent), Deceased"; and

4. WHEREAS the Master Settlement Agreement provides that within seven (7) days of execution, Stevenson will file a Stipulation to effect the intent of the Settling Parties to dismiss with prejudice certain claims in the above-entitled action;

IT IS THEREFORE HEREBY STIPULATED AND AGREED:

1. The parties stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2), that Plaintiff be allowed to file a First Amended Complaint naming the Estate of David Mendoza, Deceased as a defendant in this action. A copy of the proposed First Amended Complaint, is attached hereto as Exhibit "A".

2. The following claims are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2):

    a. Stevenson's claims against Enriqueta Mendoza, the Estate of David Z. Mendoza (which dismissal shall not and does not act as a dismissal of Stevenson's claim(s) against Estate of David Mendoza, Deceased pursuant to California Probate Code

§§550, et. seq.), Jeum Soon Lee, Yong W. Lee and HYSL, Inc.;

    b. Hak Chon Lee and Jeum Soon Lee's cross-claims against Enriqueta Mendoza, the Estate of David Z. Mendoza (which dismissal shall not and does not act as a dismissal of Hak Chon Lee's claim(s) against Estate of David Mendoza, Deceased pursuant to California Probate Code §§550, et. seq.), Yong W. Lee and HYSL, Inc.;

    c. Enriqueta Mendoza's counterclaim against Stevenson and cross-claims against Hak Chon Lee, Jeum Soon Lee, Yong W. Lee and HYSL, Inc.;

    d. Yong W. Lee and HYSL, Inc.'s counterclaim against Stevenson and cross-claims against Enriqueta Mendoza, the Estate of David Z. Mendoza, Hak Chon Lee and Jeum Soon Lee.

3. The effect of the above dismissals and amendment is that all claims in the action against Enriqueta Mendoza, the Estate of David Z. Mendoza, Jeum Soon Lee, Yong W. Lee, HYSL, Inc. and Stevenson are dismissed with prejudice. The only remaining claims in the action are Stevenson's claims against Hak Chon Lee and Stevenson's claims against the Estate of David Mendoza, Deceased.

4. The Settling Parties shall each bear their own costs, expenses, and attorney's fees arising out of or connected with the execution of this Stipulated Dismissal, and all matters arising out of or connected herewith.

5. The Court shall retain jurisdiction over the matter for six (6) months to enforce the Parties' respective settlement agreements and dismissal of claims between the Settling Parties.

6. This stipulation may be executed in any number of counterparts, each executed counterpart constituting an original but all together only one stipulation. Electronic delivery by email, facsimile or otherwise of an executed counterpart of a signature page to this stipulation shall be effective as delivery of an original executed counterpart of this stipulation.

3

STIPULATION RE PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT AND STIPULATED DISMISSAL; [PROPOSED] ORDER
CASE NO. C 08 4845 EMC

SF:332114.4

```
```

Dated: September 21, 2012

BURNHAM BROWN

By: _____
JACK SCHWARTZ, JR.
Attorneys for
STEVENSON ENTERPRISES

Dated: September 21, 2012

WINSTON & STRAWN LLP

By: _____
MATTHEW NARENSKY
Attorneys for
ENRIQUETA MENDOZA

Dated: September 21, 2012

ROBERTS & ELLIOT, LLP

By: _____
JAMES ROBERTS
SHARMI PAREKH SHAH
Attorneys for
HAK CHON LEE AND JEUM SOON LEE

Dated: September 21, 2012

ROBERT KINGSBURY LANE, INC.

By: _____
ROBERT KINGSBURY LANE
Attorney for
HYSL, INC. AND YONG W. LEE

4
STIPULATION RE PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT AND STIPULATED
DISMISSAL; [PROPOSED] ORDER
CASE NO. C 08 4845 EMC

SF:332114.4

Pursuant to the Stipulation, the First Amended Complaint shall be accepted for filing and shall be deemed filed upon entry of this Stipulation as an Order, and the following claims are hereby dismissed with prejudice:

   a. Stevenson's claims against Enriqueta Mendoza, the Estate of David Z. Mendoza, Jeum Soon Lee, Yong W. Lee and HYSL, Inc.;

   b. Hak Chon Lee and Jeum Soon Lee's cross-claims against Enriqueta Mendoza, the Estate of David Z. Mendoza, Yong W. Lee and HYSL, Inc.;

   c. Enriqueta Mendoza's counterclaim against Stevenson and cross-claims against Hak Chon Lee, Jeum Soon Lee, Yong W. Lee and HYSL, Inc.;

   d. Yong W. Lee and HYSL, Inc.'s counterclaim against Stevenson and cross-claims against Enriqueta Mendoza, the Estate of David Z. Mendoza, Hak Chon Lee and Jeum Soon Lee.

Accordingly, all claims in the action against Enriqueta Mendoza, the Estate of David Z. Mendoza, Jeum Soon Lee, Yong W. Lee, HYSL, Inc. and Stevenson are dismissed with prejudice. The only remaining claims in the action are Stevenson's claims against Hak Chon Lee and Stevenson's claims against the Estate of David Mendoza, Deceased.

The Court shall retain jurisdiction over the matter for six (6) months to enforce the Parties' respective settlement agreements and dismissal of claims between the Settling Parties.

The Settling Parties shall each bear their own costs, expenses, and attorney's fees arising out of or connected with the execution of this Stipulated Dismissal, and all matters arising out of or connected herewith.

**IT IS SO ORDERED.**

Dated: _____October 1_____, 2012   _____
EDWARD M. CHEN
United States District Court Judge