John J. Verber, CASB# 139917
Eric R. Haas, CASB# 073947
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | No. C 08-4845 EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date: October 26, 2012<br>Time: 10:30 a.m.<br>Courtroom: 5 [17th Floor]<br>Judge Edward M. Chen |

Plaintiff STEVENSON ENTERPRISES ("*Plaintiff*" or "*STEVENSON*"), and defendant cross-claimant and counter claimant HAK CHON LEE ("*HAK LEE*") jointly submit this Joint Case Management Conference Statement for the Case Management Conference scheduled for October, 2012.

Since the last Case Management Conference, a significant portion of this litigation

1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
AND [PROPOSED] ORDER
C 08-4845 EMC

pertaining to previously named parties was settled through mediation. The result of the mediation included:

1. The dismissal of claims by the Plaintiff against Enriqueta Mendoza, Estate of David Z. Mendoza, HYSL, Inc., Yong Lee and Jeum Soon Lee;

2. Dismissal of various cross and counter claims by Enriqueta Mendoza, Estate of David Z. Mendoza, HYSL, Inc., Yong Lee and Jeum Soon Lee; and

3. Plaintiff's amending of its Complaint to name Estate of David Mendoza, Deceased pursuant to California Probate Code §§550, *et seq.* for the purpose of proceeding against any insurance carrier(s) that may have insured David Mendoza while he was a tenant at the subject property.

Plaintiff has investigated, and is continuing to investigate, whether any insurance carrier(s) insured David Mendoza. As part of the settlement, Plaintiff has just received certain information from Enriqueta Mendoza and is now reviewing it for the purpose of locating an insurance carrier that may have insured David Mendoza. If a carrier(s) is located, Plaintiff will serve the carrier pursuant to the provisions of California Probate Code §§550, *et. seq.*

With respect to Hak Lee, Hak Lee has satisfied the terms of the Settlement Agreement, as pertains to him. If Plaintiff is able to locate an insurance carrier for David Mendoza, Hak Lee reserves his right to file a cross-claim against said insured. Until then, Hak Lee will continue to cooperate with Plaintiff as provided for in the settlement agreement.

Based thereon, this matter should be held in abeyance to allow Plaintiff to determine its next steps in this litigation.

Plaintiff and Hak Lee therefore request that the Case Management Conference currently

///
///
///

2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
AND [PROPOSED] ORDER

C 08-4845 EMC

scheduled for October 26th be continued to either December 13, 2012 or December 20, 2012 or another day convenient to the Court.

DATED: October 24, 2012        BURNHAM BROWN

By: _____
JACK W. SCHWARTZ JR.
Attorneys for Plaintiff STEVENSON ENTERPRISES

DATED: October 24, 2012        ROBERTS & ELLIOTT, LLP

By: _____
JAMES ROBERTS
SHARMI SHAH
Attorneys for Defendant HAK CHON LEE

### CERTIFICATION

I, Jack W. Schwartz Jr., hereby attest, pursuant to N.D. Cal General Order No. 45, that the concurrence to the filing of this document has been obtained from counsel for HAK CHON LEE.

_____
Jack W. Schwartz Jr.

### ORDER

The Case Management Conference currently scheduled for October 26, 2012 is continued until December 21, 2012 at 10:30 a.m.. The parties are to file a Joint Case Management Conference Statement on or before December 14, 2012. The parties are to appear ~~telephonically~~ / ____ in person.

IT IS SO ORDERED

Dated: October 25, 2012

The Honorable Edward M. Chen
Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER