AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Stevenson Enterprises
           Plaintiff (s),

V.

Enriqueta Mendoza, et. al.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 08-cv-04845-EMC

Notice is hereby given that, subject to approval by the court, __Hak Chon Lee__ substitutes
(Party (s) Name)

__Hak Chon Lee, In Pro Per__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __James Roberts, Esq., Sharmi Shah, Esq., and Roberts & Elliott, LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name: Hak Chon Lee, In Pro Per  #100
   Address: 2906 El Camino Real, Suite ~~X~~, Santa Clara, CA 95051-2902
   Telephone: (408) 244-7931      Facsimile _____
   E-Mail (Optional): _____

I consent to the above substitution.
Date: 11/5/2012
(Signature of Party (s))

I consent to being substituted.
Date: 11/5/2012
*Sharmi Shah, Esq.*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/5/2012
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/14/13

**IT IS SO ORDERED**
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]