AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Stevenson Enterprises

Plaintiff (s),

V.

Enriqueta Mendoza, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 08-cv-04845-EMC

Notice is hereby given that, subject to approval by the court, __Hak Chon Lee__ substitutes
(Party (s) Name)

__Brian H. Lee, Esq.__, State Bar No. __233044__ as counsel of record in
(Name of New Attorney)

place of __Hak Chon Lee, In Pro Per__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Brian H. Lee
Address: 675 N. 1st St. Ste 690, San Jose, CA 95112
Telephone: (408) 246-6710   Facsimile: (888) 812-2008
E-Mail (Optional): findbrianlee@gmail.com

I consent to the above substitution.

Date: 1/15/2013

*HAK CHON LEE* [signature]
(Signature of Party (s))

I consent to being substituted.

Date: _____

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/15/2013

[signature]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/23/13

**IT IS SO ORDERED**
[signature]
Judge Edward M. Chen
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]