John J. Verber, CASB# 139917
Eric R. Haas, CASB# 073947
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email:           jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | No.  C 08-4845 EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date: January 31, 2013<br>Time: 9:00 a.m.<br>Courtroom: 5 [17th Floor]<br>Judge Edward M. Chen |

Plaintiff STEVENSON ENTERPRISES ("*Plaintiff*" or "*STEVENSON*"), and defendant cross-claimant and counter claimant HAK CHON LEE ("*HAK LEE*") jointly submit this Joint Case Management Conference Statement for the Case Management Conference scheduled for January 31, 2013.

There are two substantive matters that need to be completed prior to this case resuming

an active litigation stance. These matters are:

(1) Plaintiff must obtain a low impact site closure from the Alameda County Water District ("*ACWD*") so that Plaintiff will be able to complete the quantification of its damages; and

(2) Plaintiff must locate possible David Mendoza insurance policies in order to be able to serve its First Amended Complaint on the insurance carrier(s) pursuant to California Probate Code §§550, *et seq.*

With respect to low impact site closure, the ACWD has recently required Plaintiff to undertake additional testing. Plaintiff has completed additional sampling under the concrete slab and is in the process of obtaining air samples. Upon completion of the sampling, Plaintiff will seek ACWD approval for the low impact site closure. There is no present estimate as to when this process will be completed. Upon receipt of the low impact site closure, Plaintiff's clean up expenses will be liquidated and Plaintiff will be in a position to undertake a prove up hearing.

With respect to possible David Mendoza insurance policies, Plaintiff has reviewed the documents produced by Enriqueta Mendoza pursuant to the parties' Settlement Agreement and continues its investigation.

Based thereon, the parties agree that this matter should be held in abeyance to allow Plaintiff to complete the matters discussed above.

Plaintiff and Hak Lee therefore request that the Case Management Conference currently scheduled for January 31st be continued to May 23, 2013 or another day convenient to the

///

///

///

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER

2

C 08-4845 EMC

Court. Should Plaintiff be in a position to move the litigation forward prior to that date, Plaintiff will so advise the Court and Hak Lee.

DATED: January 24, 2013   BURNHAM BROWN

By:   /s/ Jack W. Schwartz
JACK W. SCHWARTZ JR.
Attorneys for Plaintiff STEVENSON ENTERPRISES

DATED: January 24, 2013   /s/ Brian H. Lee
BRIAN H. LEE
Attorney for Defendant HAK CHON LEE

## CERTIFICATION

I, Jack W. Schwartz Jr., hereby attest, pursuant to N.D. Cal General Order No. 45, that the concurrence to the filing of this document has been obtained from counsel for HAK CHON LEE.

/s/ Jack W. Schwartz, Jr.
Jack W. Schwartz Jr.

## ORDER

The Case Management Conference currently scheduled for January 31, 2013 is continued until ____May 23, 2013____ at 10:30 a.m. The parties are to file a Joint Case Management Conference Statement on or before ____May 16, 2013____. The parties are to appear _____ telephonically / ____ in person.

IT IS SO ORDERED

Dated: January 24, 2013

_____
The Honorable Edward M. Chen
Judge, United States District Court

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

4812-6523-2402, v. 1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER                              3                              C 08-4845 EMC