John J. Verber, CASB# 139917
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | No. C 08-4845 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF REQUEST FOR ENTRY OF JUDGMENT AGAINST DEFENDANT HAK LEE**<br><br>AND RESETTING CMC |

Plaintiff STEVENSON ENTERPRISES ("*Plaintiff*" or "*STEVENSON*"), and defendant cross-claimant and counter claimant HAK CHON LEE ("*HAK LEE*") stipulate as follows:

1. HAK LEE has previously stipulated that Plaintiff may obtain a Judgment against him.

2. At the May 23, 2013 Case Management Conference, Plaintiff requested additional

time to file its request for entry of a Judgment against HAK LEE. The Court gtranted this request.

3. Plaintiff anticipated filing its request once it had completed the steps necessary for the regulatory agency, the Alameda County Water Agency ("*Agency*") to issue a low risk site closure determination. At the time, Plaintiff anticipated obtaining the Agency's determination before the present date.

4. Obtaining the Agency's determination would serve as a date which Plaintiff could use to liquidate its damages in support of its request for a Judgment against HAK LEE.

5. Plaintiff continues taking the steps necessary to obtain a determination from the Agency; however, the process is not yet complete. Plaintiff's expert intends on scheduling a meeting with the Agency in October 2013 in order to present Plaintiff's case for an Agency determination that the site has been remediated and a low risk site closure should be issued.

6. Based thereon, Plaintiff and HAK LEE stipulate that Plaintiff shall have up to and including January 15, 2014 to file its request for entry of a Judgment against HAK LEE.

IT IS SO STIPULATED:

DATED: September 17, 2013          BURNHAM BROWN

                                   By:   /s/ Jack W. Schwartz Jr.
                                         JACK W. SCHWARTZ JR.
                                         Attorneys for Plaintiff STEVENSON
                                         ENTERPRISES

DATED: September 17, 2013          /s/ Brian H. Lee
                                   BRIAN H. LEE
                                   Attorney for Defendant HAK CHON LEE

## CERTIFICATION

I, Jack W. Schwartz Jr., hereby attest, pursuant to N.D. Cal General Order No. 45, that the concurrence to the filing of this document has been obtained from counsel for HAK CHON LEE.

/s/ Jack W. Schwartz, Jr.
Jack W. Schwartz Jr.

## ORDER

The Court, having reviewed the Stipulation of the Parties, AND FOR GOOD CAUSE APPEARING orders:

1. Plaintiff shall have up to and including January 15, 2014 to file its papers in support of its Request For Entry Of Judgment Against defendant HAK LEE.

IT IS SO ORDERED. The Further CMC is reset from 9/26/13 to 1/23/14 at 10:30 a.m. An updated joint CMC Statement shall be filed by 1/16/14.

Dated: September 18, 2013

The Honorable Edward M. Chen
Judge of the United States District Court



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4847-9410-2805, v. 1