John J. Verber, CASB# 139917
jverber@burnhambrown.com
Jack W. Schwartz Jr., CASB #124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666
Email:         jverber@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California general
partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | No.  C 08-4845 EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT, STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF REQUEST FOR ENTRY OF JUDGMENT AGAINST DEFENDANT HAK LEE**<br><br>DATE:         August 14, 2014<br>TIME:         10:30 a.m.<br>COURTROOM:    5<br>JUDGE:        Hon. Edward M. Chen |

Plaintiff STEVENSON ENTERPRISES ("*Plaintiff*" or "*STEVENSON*"), and Defendant Cross-Claimant and Counter Claimant HAK CHON LEE ("*HAK LEE*") file the following Joint

Case Management Statement and stipulate as follows:

1. HAK LEE has previously stipulated that Plaintiff may obtain a Judgment against him.

2. Since the filing of parties' last Stipulation and Order Regarding Filing Of Request For Entry Of Judgment Against Hak Lee and Order thereon [Case Document 171, filed January 24, 2014], Plaintiff has continued to meet with the Alameda County Water Agency ("*ACWA*"), the regulatory agency charged with regulating the cleanup of the site, to attempt to obtain a conditional closure (also known as a low risk site closure determination) for the site underlying this litigation.

3. The ACWA required that Plaintiff install and monitor additional vapor wells in areas in close proximity to the subject premises which Plaintiff is accomplishing. Additional work will be required; however, while Plaintiff has not obtained a conditional closure from the ACWA or determined the final amount of its damages to be included in a Judgment against HAK LEE, Plaintiff has determined that it is now in a position to file a request for a Judgment against HAK LEE for the damages it has suffered to date.

4. Based thereon, Plaintiff and HAK LEE stipulate that Plaintiff shall have up to and including September 30, 2014 to file its request for entry of a Judgment against HAK LEE.

5. Based on the above, the Parties further request that the Case Management Conference currently scheduled for August 14, 2014 at 10:30 a.m. be continued until October 31,

///
///
///

1  2014 or a date thereafter convenient to the Court.

2      IT IS SO STIPULATED:

3  DATED: August 7, 2014          BURNHAM BROWN

5                           By:   /s/ Jack W. Schwartz Jr.
6                                  JACK W. SCHWARTZ JR.
                                Attorneys for Plaintiff STEVENSON
7                                  ENTERPRISES

8  DATED: August 7, 2014                    /s/ Brian H. Lee
9                                    BRIAN H. LEE
                                  Attorney for Defendant HAK CHON LEE

**CERTIFICATION**

I, Jack W. Schwartz Jr., hereby attest, pursuant to N.D. Cal General Order No. 45, that the concurrence to the filing of this document has been obtained from counsel for HAK CHON LEE.

/s/ Jack W. Schwartz Jr.
Jack W. Schwartz Jr.

**ORDER**

The Court, having reviewed the Joint Case Management Conference Statement, Stipulation and [Proposed] Order Regarding Filing Of Request For Entry Of Judgment Against Defendant Hak Lee, AND FOR GOOD CAUSE APPEARING orders:

1. Plaintiff shall have up to and including September 30, 2014 to file its papers in support of its Request For Entry Of Judgment Against defendant HAK LEE.

2. A Case Management Conference shall be held on ____Nov. 13____. 2014 at __10:30__ a.m. / ~~p.m.~~

IT IS SO ORDERED.

Dated: August _8_, 2014

The Honorable Edward M. Chen
United States District Court



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

4822-3150-3900, v. 1