United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>        Plaintiff,<br><br>    v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>        Defendants.<br>_____/ | No. C-08-4845 EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING RE ATTORNEYS FEES AND COSTS** |

On November 10, 2014, the Court ordered Plaintiff to file supplemental briefing and documentary evidence supporting its request for damages and attorneys fees. Docket No. 185. Plaintiff complied with that order and produced, among other things, a 361 page exhibit detailing its attorneys fees and costs. Docket No. 187. In its supplemental brief, Plaintiff seems to predicate its entitlement to these attorneys fees on the basis of "prevailing" on its breach of contract claim.

The Court hereby orders Plaintiff to file supplemental briefing that shall provide:

(1) A tabular breakdown of the compensable hours spent working on its breach of contract claim, grouped by the nature of each task performed— *i.e.* "investigating potential insurance coverage of the Plaintiff" or "communications with counsel for HYSL, Inc."

(2) A brief explaining why each category of task set forth in the table— *i.e.* "communications with counsel for Andres Mendoza"— is sufficiently related to its

breach of contract claim, such that it is compensable as a result of prevailing on that claim.

This supplemental briefing and tabular breakdown shall be filed by **Tuesday, December 9, 2014** at **11:00 a.m.** Plaintiff shall serve a copy of their supplemental brief and evidentiary showing on Defendant upon filing with the Court.

The hearing on Plaintiff's motion and the Case Management Conference remain set for **Friday, December 12, 2014** at **1:30 p.m.**

IT IS SO ORDERED.

Dated: December 5, 2014

_____

EDWARD M. CHEN

United States District Judge

2