John J. Verber, CASB# 139917
Jack W. Schwartz Jr., CASB #124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email:            jverber@burnhambrown.com
                     jschwart@burnhambrown.com

Attorneys for Plaintiff and Counter-Defendant
STEVENSON ENTERPRISES, a California
general partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVENSON ENTERPRISES, a California general partnership<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUETA MENDOZA; ESTATE OF DAVID Z. MENDOZA; HAK CHON LEE; JEUM SOON LEE; HYSL, Inc., a California corporation; and YONG W. LEE,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | No. C 08-4845 EMC<br><br>[ASSIGNED TO THE HONORABLE EDWARD M. CHEN]<br><br>[PROPOSED] ORDER ON PLAINTIFF STEVENSON ENTERPRISES' MOTION FOR REQUEST FOR ENTRY OF JUDGMENT AGAINST DEFENDANT HAK CHON LEE<br><br>Date:           December 12, 2014<br>Time           2:30 p.m.<br>Courtroom:  5 (17th Floor)<br>Judge:         Hon. Edward M. Chen |

  Plaintiff Stevenson Enterprises' Motion For Request For Entry Of Judgment Against Hak Chon Lee came on for hearing on December 12, 2014 at 2:30 p.m. in Courtroom 5 of this Court, the Honorable Edward M. Chen, Presiding.

  Plaintiff was represented by Jack W. Schwartz Jr. of the law firm of Burnham Brown and Defendant Hak Chon Lee was represented by his counsel, Brian Lee. The Court, having reviewed the papers filed in support of the subject motion and having received the arguments of counsel finds that Plaintiff's Motion should be granted and a Judgment should be entered in

1  favor of Plaintiff and against Defendant Hak Chon Lee.

2  FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

3      Plaintiff's Motion Is Granted.

4      Judgment shall be entered in favor of Plaintiff Stevenson Enterprises and against

5  Defendant Hak Chon Lee as follows: $465,683.30 [handwritten, replacing struck text] $344,401.34

6      Plaintiff is awarded a total of $~~466,683.34~~ $465,683.30 consisting of $~~395,098.46~~ $344,401.34 costs and

7  expenses incurred in the investigation and remediation of the VOC impaction caused by

8  Defendant Hak Chon Lee. Plaintiff is further awarded as damages $143,~~206.75~~ $121,281.96 attorneys fees

9  and costs.

10 IT IS SO ORDERED. Plaintiff is directed to serve a copy of this

11 order upon Defendant Hak Chon Lee by 12/30/14 and e-file a certificate of service.

12 Dated: December 23, 2014

13 _____
   JUDGE OF THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

2

[Proposed] Order On Plaintiff Stevenson Enterprises' Motion For
Request For Entry Of Judgment Against Defendant Hak Chon Lee

C 08-4845 EMC